# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

L.E., by and through their parent and next
friend, SARA CAVORLEY; B.B., a
minor, by and through their parent and
next friend, ELIZABETH BAIRD; A.Z., a
minor, by and through their parent and
next friend, JESSICA ZEIGLER; and
C.S., a minor, by and through their parent
and next friend, TARASHA SHIRLEY,

Plaintiffs,

v.

CHRIS RAGSDALE, in his official
capacity as Superintendent of Cobb
County School District ; RANDY
SCAMIHORN, in his official capacity, a
member of the Cobb County Board of
Education; DAVID BANKS, in his official
capacity as member of the Cobb County
School Board; DAVID CHASTAIN, in
his official capacity as member of the Cobb
County School Board; BRAD WHEELER,
in his official capacity as member of the
Cobb County School Board; JAHA
HOWARD, in his official capacity as
member of the Cobb County School
Board; CHARISSE DAVIS, in her official
capacity as member of the Cobb County
School Board; LEROY TRE'
HUTCHINS, in his official capacity as
member of the Cobb County School

Civil Action No. 1:21-cv-04076-TCB

Board; and COBB COUNTY SCHOOL
DISTRICT,

Defendants.

## DECLARATION OF JOHN FLORESTA

This Declaration is given by John Floresta who, under penalty of perjury pursuant to 28 U.S.C. § 1746, states that the following is true and correct:

1.

My name is John Floresta. I am over twenty-one (21) years of age, legally competent to make this Declaration, and have personal knowledge of the statements made herein. I make this declaration on my own personal knowledge for use in supporting Defendants in the above-styled matter and for all other purposes permitted by law.

2.

I hold a bachelor's degree from Liberty University; a master's degree from Western Governor's University; a doctorate in education (ABD) from Northcentral University. I have 19 years of experience.

3.

```
┌─────────────┐
│  EXHIBIT    │
│     1       │
└─────────────┘
```

I am currently employed as the Chief Strategy and Accountability Officer for the Cobb County School District ("District"). I have served in this position for 3.5 years, since March, 2018.

4.

As part of my duties and responsibilities, I have reviewed numerous reports and guidance documents from the Cobb and Douglas Counties Department of Public Health (CDPH), Georgia Department of Public Health (GDPH), the Georgia Department of Education (GADOE), and the Centers for Disease Control (CDC) on methods to reduce the transmission of COVID-19 in public spaces and especially in schools.

5.

The District has implemented its COVID-19 response and intervention strategies based on guidance from each of these public health agencies.

6.

Based on guidance from public health officials, the District required masks in schools and facilities during the entire 2020-2021 school year. The District's 2020-2021 Reopening Plan was released in August, 2020. It is attached to this Affidavit as **Exhibit 1-A.** I certify that Exhibit 1-A is a true and correct copy of the District's

health and safety measures for the mitigation of COVID-19 in District schools during the 2020-2021 school year.

7.

When the District analyzed data from the GDPH that failed to show a meaningful reduction in the spread of COVID-19 in the Cobb County Schools based on a mask mandate, it reconsidered this mandate.

8.

The District also considered the significant amount of feedback it has received since the start of the pandemic from the community on the adverse impact the mask mandate had on students' educational experiences.

9.

In sum, the District changed from a mask mandate to a strong recommendation for masks based on GDPH school surveillance data and the feedback from parents regarding the adverse impact on students wearing masks in school. As an example, staff has received over 39,000 emails from community members advocating both for and against masks.

10.

The District's 2021-2022 Reopening Plan was released in June, 2021. It is attached to this Affidavit as **Exhibit 1-B.** I certify that Exhibit 1-B is a true and correct copy of the District's current health and safety measures for the mitigation of COVID-19 in District schools.

11.

The District's position is not "anti-mask." The District strongly recommends wearing a mask. The District simply leaves the final decision on whether to wear one to the individual.

12.

Mask wearing is only one component of a robust COVID-19 safety plan and is not the only tool school districts can use to decrease the transmission of COVID-19 in its facilities.

13.

The District is dedicated to providing a safe environment for students and employees by implementing extensive safety measures to minimize the spread of COVID-19 and reduce risk to staff, students, and the community.

14.

The District's reopening plan for the 2021-2022 school year is a continuation of effective COVID-19 safety and mitigation measures implemented during the 2020-2021 school year the District deems necessary for safe in-person learning while posing the least disruption to students and families and the educational environment.

15.

The following are some of the examples of the District's safety and mitigation measures currently being implemented.

16.

The District has implemented strict disinfection procedures with fidelity since it reopened for face-to-face instruction in the fall of 2020. These disinfection procedures include a fogging and disinfecting system that is activated within the school or facility when a positive case is reported.

17.

The District has also implemented enhanced daily cleaning procedures of offices, restrooms, breakrooms, café areas, classrooms, gyms, and other facilities. These procedures include disinfecting desks, tables, Plexiglas shields, cabinets, and other horizontal surfaces; mopping, sweeping, and disinfecting floors; and wiping

down and disinfecting all high touchpoints, such as door handles, light switches, and push plates. In restrooms, custodial staff use a Kaivac machine to disinfect the entire restroom. After each class leaves the café area, all tables and chairs are wiped down and disinfected before the next class arrives. The District custodial staff vacuums all carpet areas with HEPA filtration vacuums, including under student desks.

18.

The District's 2021-2022 Reopening Plan allows students and employees to continue wearing masks if they wish to do so in school buildings, buses, and at school events.   In addition, the District has repeatedly disseminated messages to employees, students, and the community strongly recommending that individuals wear masks.  Masks are also available to students and visitors who do not have one.

19.

The District requires social distancing to the extent possible throughout schools, buses, and administrative facilities. The District provides physical guides to promote social distancing, such as tape on floors, signs, one-way routes in hallways, and other measures in high traffic areas.

20.

The District provides hand sanitizing stations on buses, throughout schools, and in facilities.

21.

The District utilizes contact tracing to identify close contacts of confirmed or probable COVID-19 infections so that these individuals can isolate and quarantine to reduce transmission.

22.

Prompt contact tracing is an essential part of the intervention strategy for reducing the spread of COVID-19 and keeping schools a safe place to learn and work and remains a major part of the District's Safe Reopening Plan.

23.

The District also encourages staff, students, and families to self-screen for fever, chills, cough, difficulty breathing, congestion, sore throat, nausea, and other typical COVID-19 symptoms prior to entering school or facilities.

24.

The District continues to utilize its school nurses and clinics to assist in the implementation of its health and safety protocols. School nurses and clinics maintain contact with CDPH and GDPH; report confirmed or suspected cases per the

reporting protocol; follow CDPH and GDPH guidance and protocols for sick students and staff; triage sick students and staff during clinic visits; educate and inform students and staff on the necessity of staying home if they have COVID-19 symptoms or have been exposed to someone with symptoms or a confirmed/suspected case of COVID-19; coordinate drive-through vaccination events for  staff; and provide education to students and staff on COVID-19 testing and vaccination opportunities.

25.

The District requires its schools to educate students on good hygiene measures, such as frequent handwashing, covering coughs and sneezes, and the optional use of face coverings.

26.

The District utilizes protective partitions in select locations in school buildings.

27.

In addition to standard health and safety mitigation measures, the District places a high priority on supporting the social, emotional, and mental health needs

for its students. The District school social workers and counselors are trained to support students and staff with guidance during times of crisis, such as the pandemic.

28.

The District has supplemented its ordinary provision of psychological and mental health services to account for the increased stress of the pandemic by applying for and receiving federal grant funds to provide additional wraparound services and supports for its students.

29.

The CDC Guidance for COVID-19 Prevention in K-12 Schools (the "CDC Guidance") emphasizes the importance of layering multiple prevention strategies, which the District has done. [CDC Guidance, available at: https://www.cdc.gov/coronavirus/2019-ncov/community/schools-childcare/k-12-guidance.html.]

30.

The most recent version of the CDC Guidance lists the following prevention strategies schools can adopt for a multi-layered approach: vaccination; universal indoor masking; physical distancing of at least three feet within classrooms; screening testing; ventilation; handwashing and respiratory etiquette; staying home

when sick and getting tested; contact tracing in combination with quarantine and isolation; and cleaning and disinfection. [*Id.*]

31.

The CDC Guidance also states: "Localities should monitor community transmission, vaccination coverage, screening testing, and occurrence of outbreaks *to guide decisions on the level of layered prevention strategies* (e.g., physical distancing, screening testing)." [*Id.* (emphasis added).]

32.

The District has adopted many of the recommendations listed in the CDC Guidance during the pandemic based on what was warranted by the community data available at the time. These strategies have included: universal indoor masking; vaccination events for staff; vaccination education for students and families; physical distancing where possible; handwashing and respiratory etiquette; staying home when sick and getting tested; contact tracing in combination with quarantine and isolation; replacing over 27,000 air filters regularly and using ionization devices to clean air in ventilation systems; in addition to other cleaning and disinfection.

33.

One of the core initiatives of the District is to make data-driven decisions.

34.

The District uses data-driven decision-making based on school surveillance data for Cobb and its surrounding counties collected and distributed by the GDPH to guide the level of layered prevention strategies it implements at any given time.

35.

The District utilizes school surveillance data reports collected and distributed by the GDPH to monitor the rate of COVID-19 cases of children ages 5-17 that live in Cobb County. The information contained in the Cobb County numbers is inclusive of not only 5-17 year-olds enrolled in the District, but all 5-17 year-olds located within Cobb County, including those who attend Marietta City Schools, independent schools, home schools, and those who do not attend school at all.

36.

The GDPH school surveillance reports are the most reliable measure of COVID-19 cases among school-aged children in the state.

37.

The District, like other school districts in Georgia, uploads new data of COVID-19 cases among District students on a weekly basis into the State Electronic Notifiable Disease Surveillance System ("SendSS") Portal. This data is then pulled

by the GDPH, organized by county, and distributed to the public on the GDPH website on a weekly basis. It is usually published on Fridays.

38.

In June of 2021, when the District began allowing families and employees to choose whether to wear masks at school, the rate of COVID-19 infection among school-aged children in Cobb County over the last 14-day period was 22 per 100,000 students, or less than one case per 1,000 students. [GDPH School Surveillance Report June 17, 2021].

39.

County-wide data is reported by the GDPH on a rate per 100,000. Below, I reference county data per 1,000 students for illustrative purposes as most schools are less than 1,000 students. Additionally, Cobb County School District is the second largest district in the state. Most school systems in the state have significantly less than 100,000 students. Thus, a rate of 1,000 places the data closer to the context of the school level. The data is the same; it is simply scaled to 1,000 rather than 100,000.

40.

From the start of school in August of 2021 to October 8, 2021, the 14-day rate of COVID-19 infection among school-aged children in Cobb County ranged from 2 cases per 1,000 students to a high of 14 cases per 1,000 students. The trend has been steadily decreasing since September 2, 2021, which was when it peaked at 14 cases per 1,000 students. The most recent data from October 8, 2021 indicates that the county's rate of infection for school-aged children is 4 cases per 1,000 students. [GDPH School Surveillance Reports from July 30, 2021-October 8, 2021.] This most recent data shows a 73% percent drop in the incidence rate from the peak this school year.  This percentage is derived using the following calculation: (14.3-3.9)/14.3=72.72%.

41.

Notably, Cobb County's rate of infection during the District's mask optional policy is similar to other counties whose local school districts mandated masks for the same time period. [*Id.*] Cobb County's infection rate has been equal to or below the state-wide rate through this entire school year. [*Id.*] The Cobb County rate of infection per 1,000 students, even at its peak on September 2, 2021, was not the highest rate of infection among its neighboring counties whose district's mandated masks.

| Date of GDPH Report | Cobb (masks optional) | Statewide (mixed) | Fulton (masks required) | Gwinnett (masks required) | DeKalb (masks required) | Henry (masks required) | Douglas (masks required) |
|---|---|---|---|---|---|---|---|
| 8/5/2021 | **2** | 2 | 3 | 1 | 3 | 3 | 2 |
| 8/12/2021 | **4** | 4 | 4 | 2 | 4 | 4 | 3 |
| 8/19/2021 | **6** | 7 | 5 | 3 | 6 | 8 | 4 |
| 8/27/2021 | **9** | 11 | 7 | 4 | 7 | 14 | 9 |
| 9/2/2021 | **14** | 19 | 10 | 8 | 9 | 21 | 17 |
| 9/9/2021 | **12** | 16 | 10 | 8 | 10 | 17 | 16 |
| 9/15/2021 | **10** | 13 | 10 | 8 | 9 | 11 | 13 |
| 9/23/2021 | **8** | 9 | 9 | 8 | 8 | 8 | 9 |
| 10/1/2021 | **6** | 7 | 7 | 6 | 6 | 6 | 5 |
| 10/8/2021 | **4** | 4 | 4 | 6 | 6 | 4 | 4 |



Cases per 100K taken from Georgia DPH School Aged COVID-19 Surveillance Report

42.

In addition to tracking data on a county-wide basis, the District also reports

positive cases from within the School District.   As of the week-ending October 8,

2021, the District reported its lowest number of COVID-19 positive cases by staff

and students since school began in August.  The District's October 8, 2021 positive

case count is 232.  The District currently has 125,290 students and staff. Thus, the

District's positive rate for the week ending October 8, 2021 was 0.2%.



**Incidence Rate of COVID-19: All District Schools**

Incidence rate is percentage of staff and students
with a confirmed case each week

Report Date (once per week)

Confirmed positive cases obtained from Georgia DPH and posted each week to www.cobbk12.org
Incidence rate calculated by dividing positive cases by number of students and staff at school.
Data not reported on 10/1 because district on fall break.

43.

The District's positive case count has decreased by 78% since its peak on

September 2, 2021.  This percentage is derived using the following calculation:

$(1033-232)/1033 = 77.5\%$.

44.

Furthermore, the District's COVID-19 incidence rates with a mask-optional

policy for the 2021-2022 school year are similar to the 2020-2021 school year where

the District operated under a mask mandate. From October 2020 through October 2021, the overall incidence rate of COVID-19 cases in the District ranged from 0-1% total, never exceeding 1%.

45.

According to GDPH, the peak of the COVID-19 pandemic occurred in January 2021 for Cobb County, with a 7-day moving average of 734 total COVID-19 cases reported. During that time, the District was under a universal indoor masking mandate. Conversely, the 7-day moving average in September of 2021 never exceeded 500 total cases, while the District has been mask optional. As of October 8, 2021, it is currently at a 7-day moving average of 143 total cases reported, without a mask mandate. [*Id.*]

46.

As of October 1, 2021, there have been no school-aged (5-17) deaths in Cobb County. One child, aged one years old, has died in Cobb County. [GDPH COVID-19 Daily Status Report, available at: https://dph.georgia.gov/covid-19-daily-status-report.]

| age group | county name | cases | deaths | hospitalization |
|---|---|---|---|---|
| 01-04 years | Cobb | 1380 | 1 | 21 |
| 05-09 years | Cobb | 3089 | 0 | 23 |
| 10-17 years | Cobb | 7861 | 0 | 64 |

| 18-29 years | Cobb | 19485 | 7 | 286 |
|---|---|---|---|---|
| 30-39 years | Cobb | 13890 | 26 | 338 |
| 40-49 years | Cobb | 12961 | 52 | 526 |
| 50-59 years | Cobb | 11210 | 114 | 704 |
| 60-69 years | Cobb | 6794 | 206 | 701 |
| 70-79 years | Cobb | 3686 | 342 | 664 |
| 80 & Older years | Cobb | 2136 | 471 | 598 |
| <1 years | Cobb | 340 | 0 | 22 |
| Unknown years | Cobb | 109 | 1 | 3 |

47.

When the District had a mask-mandate in place during the 2020-2021 school year, it received over 50,000 emails, letters, phone calls, meetings, and in-person protests by parents and community members objecting to the mask requirement. Many parents complained that it was difficult for students to effectively communicate and hear teachers while speaking with a mask. The District received thousands of complaints from parents that the mask mandate adversely impacted their children's education.

48.

The District received numerous complaints from parents and students with disabilities that its prior mask-mandate prevented some students with disabilities from attending in-person school because they were not able to wear a mask to school all day without harmful side effects. The District has also been contacted by many

families imploring it not to reimpose a mask mandate because their students with disabilities will not be able to continue attending in-person instruction if the District reinstates this requirement. Thus, if the District is required to reinstate its mask mandate, it has a good faith reason to believe that some students with disabilities currently attending in-person school will no longer be able to do so.

49.

Additionally, in the spring of 2021, a group of parents filed suit challenging the constitutionality of the District's then mask mandate. While the District was successful, defending the suit cost the District significant time and expense. The District has received additional threats of suit if it reinstates its mask mandate.

50.

The community is deeply divided over whether to require masks in schools. In fact, an email search using the phrases "mask mandate" and "mask requirement" returned approximately 39,000 emails received by the District from non-District email addresses since the start of the pandemic.

51.

While the District always welcomes input and feedback from the community, the volume of complaints associated with the mask mandate caused administrators

to divert their time and attention from other functions to respond to these parental concerns.

52.

The District will not be able to remain open to in-person instruction if it is required to comply with all of the CDC's guidelines for mitigating COVID-19 in schools.  As described above, the District has made a concerted effort to comply with the vast majority of public health agencies' guidelines. However, some of the CDC's recommendations are operationally impossible. For example, there are spaces in the District where social distancing is not feasible; the District is not able to conduct screening testing; and even in the event of a mask-mandate, students will still need to remove masks to eat in the cafeteria as well as other times.

53.

The CDC's guidelines are only recommendations and not mandates. The District  has not received any instructions from any local, state, or federal agency that it is required to implement a mask-mandate or any of the CDC's recommendations.  The CDC has recognized that some interventions may not be necessary or appropriate for a particular school or community.  This is why the CDC recommends a "layered" intervention approach. The CDC has not "mandated" any one particular intervention.

-20-

So sworn this _11 14_ day of October, 2021.


_____
JOHN FLORESTA

# RE-OPENING PLAN

## 2020-2021 SCHOOL YEAR

**EXHIBIT**
**1-A**





# Table of Contents

**Overview** (pg 3)

**Health and Safety Protocols** (pg 4-8)

**PreK-2 Overview** (pg 9)
- **PreK-2 At-a-Glance** (pg 10)
- **PreK-2 Sample School Schedule** (pg 11)
- **Remote Student Agreement** (pg 12-13)

**3-5 Overview** (pg 14)
- **3-5 At-a-Glance** (pg 15)
- **3-5 Sample School Schedule** (pg 16)
- **Remote Student Agreement** (pg 17-18)

**Middle School Overview** (pg 19)
- **Middle School At-a-Glance** (pg 20)
- **Middle School Sample School Schedule** (pg 21)
- **Remote Student Agreement** (pg 22-23)

**High School Overview** (pg 24)
- **High School At-a-Glance** (pg 25)
- **High School Sample School Schedule** (pg 26)
- **High School Parent FAQ** (pg 27-29)
- **Remote Student Agreement** (pg 30-31)

**Student Activity Guidance** (pg 32-33)

**After School Programs Guidance** (pg 34-35)

**ONE TEAM.ONE GOAL.STUDENT SUCCESS.**



# PLAN FOR REOPENING
## 2020-2021 SCHOOL YEAR

## FACE-TO-FACE

Students will learn in face-to-face classrooms with masks strongly encouraged, social distancing, and cleaning practices in place.

## REMOTE CHOICE

Students will learn in remote learning classrooms, led by a Cobb County teacher, using the Cobb Teaching and Learning System (CTLS)



**A semester long commitment**

**Registration begins on July 13 and closes on July 22**
**www.olr.cobbk12.org**

ONE TEAM.ONE GOAL.STUDENT SUCCESS.

# HEALTH AND SAFETY PROTOCOLS
## 2020-2021 SCHOOL YEAR







# MASKS/PPE

- Social distancing will be required of all students and staff in every possible circumstance
- In accordance with Federal, State, and local public health recommendations, masks or face coverings are strongly recommended and expected for faculty and students to help prevent the transmission of COVID-19 when social distancing is not possible during school or related activities
- Additional PPE in clinics
- Students and staff may wear face shields in accordance with CDC guidance



# PRACTICING PREVENTION

- Hand sanitizer will be provided at building entrances and throughout the building
- Teach, practice and reinforce good hygiene measures (frequent handwashing, covering coughs and sneezes, use of face coverings)
- Restricted use of high traffic areas with additional safety protocols (i.e. water fountains)
- Students are encouraged to bring their own water bottles
- Avoid shared classroom supplies between students
- Avoid shared food/snacks
- Strongly encourage that students and staff  follow CDC/DPH recommendations to wear face coverings (sensitive to needs of students/staff with medical issues that make wearing a face covering inadvisable)
- Implement social distancing measures as possible
- Enhanced cleaning protocols will be implemented (high touch surfaces, restrooms, etc.)



# PROTECTIVE BARRIERS

- Protective partitions placed in select locations in school buildings

**ONE TEAM.ONE GOAL.STUDENT SUCCESS.**





# SCHOOL CLINICS

- Encourage staff/students/families to self-screen before work/school for fever, chills, cough, difficulty breathing, congestion, sore throat, nausea/vomiting, body aches, etc.)
- Maintain ongoing contact with Cobb and Douglas Public Health, report COVID-19 cases(confirmed or suspected) per reporting protocol, follow Cobb and Douglas Public Health guidance and protocols for sick students and personnel, and review relevant local/state regulatory agency policies and orders for updates
- School Nurses/Clinic Substitutes will triage sick students/staff during School Clinic visit (assessment, temperature check, etc.) and follow district procedures for when students show signs of illness or injury
- Designated isolation area for individuals with COVID-19 symptoms
- Educate and inform staff and students/families to stay home, not come to school/work, and notify school officials if they have COVID-19 symptoms, are diagnosed with COVID-19, are waiting for test results, or have been exposed to someone with symptoms or a confirmed or suspected case per CDC/DPH guidance
- Staff/students return to work/school per CDC/DPH guidance after COVID-19 illness or exposure
- School Nurses/Clinic Substitutes will use standard and transmission-based precautions when providing care to students/staff



# PUBLIC HEALTH SIGNAGE

- Post signage in classrooms, hallways, office spaces, and entrances to communicate the following: Covid-19 symptoms, how to stop the spread, and preventative measures (including staying home when sick), good hygiene, and school and district specific protocols
- Provide physical guides to promote social distancing (tape on floors, signs, one-way routes in hallways, lanes in hallways)

**HEALTH & SAFETY PROTOCOLS**





# TRANSPORTATION

- Hand sanitizer will be provided on the bus for Bus Drivers and Students
- Masks are strongly encouraged per CDC recommendations for Bus Drivers and Students as social distancing cannot be achieved on a school bus
- Continue our practice of assigned seating for students to facilitate safe and efficient loading and unloading
- Field trips will be suspended until further notice
- Viraseptic spray and cleaning supplies will be provided for each bus to wipe down and disinfect the buses after morning and afternoon routes



# INSTRUCTIONAL DAY

- Use of scheduling measures to balance class size to promote physical distancing to the extent possible
- Limit physical interaction through partner or group work
- Consider classroom arrangement to maximize physical distancing
- Large group gatherings will be eliminated
- Non-essential visitors will not be allowed
- Volunteering opportunities will be limited
- Eliminate activities that involve sharing of communal items
- Separate student's belongings from others' in individually labeled containers, cubbies, or designated areas





# FOOD AND NUTRITION SERVICES

- Handwashing before and after meals
- Some students will eat in the classroom (SpEd units, PreK, etc.)
- Conduct cleaning of cafeteria and high-touch surfaces throughout the day
- Pre-order meals for Remote Learners will be available
- Masks will be worn at all times by FNS staff
- Enhanced cleaning, sanitizing and disinfecting procedures will be implemented in addition to regular stringent cleaning measures for food safety
- Applications for Free or Reduced-Price meals can be completed online at https://mealapps.cobbk12.org/
- Parents will be encouraged to pay for meals online via www.MyPaymentsPlus.com
- Modifying serving lines to eliminate students touching the line or food products while choosing meals
- Social distancing guidelines will be followed for student dining areas to the extent possible
- No parents/guests will be allowed in cafeteria

# PreK-2
# OVERVIEW
## 2020-2021 SCHOOL YEAR





# COBB COUNTY
### S C H O O L   D I S T R I C T

## PREK - 2ND GRADE

| | |
|---|---|
| **Instructional Day** | **8:00-2:30 (M-F)**<br>Each day will begin and end with a LIVE class meeting with the teacher |
| **ELA Instruction** | **70 Minutes**<br>20-minute LIVE session with the teacher (synchronous)<br><br>40-minute INDEPENDENT work session (asynchronous) that could include reteaching individual students, providing support, small group work, individual work time for students etc.<br><br>10-minute LIVE closing session with teacher |
| **Math Instruction** | **70 Minutes**<br>20-minute LIVE session with the teacher (synchronous)<br><br>40-minute INDEPENDENT work session (asynchronous) that could include reteaching individual students, providing support, small group work, individual work time for students etc.<br><br>10-minute LIVE closing session with teacher |
| **Brain Breaks** | **Two, 10-minute LIVE**<br>Sessions meet the cognitive and physical needs of young learners |
| **Science/Social Studies Instruction** | **70 minutes (Alternating Days)**<br>20-minute LIVE session with the teacher (synchronous)<br><br>40-minute INDEPENDENT work session (asynchronous) that could include reteaching individual students, providing support, small group work, individual work time for students etc.<br><br>10-minute LIVE closing session with teacher |
| **Specials** | **One, 60-minute Specials class will be offered**<br>(synchronous & asynchronous instruction) |
| **Other** | Lunch 30 minutes<br><br>Peer socialization and Social Emotional Learning (SEL) opportunities embedded throughout the day<br><br>Accommodations will be provided according to 504 Plans/IEPs<br><br>Special Education services will be virtually provided based on individual needs. English Language services will be virtually provided based on individual needs.<br><br>Remote Learners must comply with the Student Code of Conduct.<br><br>Families who choose remote learning are committed to one semester.<br><br>Orientation/training provided to parents regarding basics of remote learning and the platform, CTLS Learn |



**SAMPLE REMOTE SCHEDULE**

# PreK-2 STUDENT SCHEDULE

*NOTE: The following schedules represent possible remote learning student schedules. The order of classes will vary from student to student depending on their class schedule (just as it does for students in a traditional learning environment).*

**8:00-8:30** - Prepare Learning Area/Morning Meeting

**ELA (70 minutes)**
   **8:30-8:50 ELA LIVE** (synchronous) session with teacher
   **8:50-9:30 INDEPENDENT Work Session** (asynchronous): This work session can include reteaching individual or small groups of students, independent reading or writing time, English Language support, and/or working on IEP goals and objectives.
   **9:30-9:40 LIVE Closing** (synchronous) with teacher

**9:40-9:50** - LIVE Dance/Brain Break (as a class)

**9:50-10:10** - Independent Restroom break, Snack time

**Math (70 minutes)**
   **10:10-10:30 Math LIVE** (synchronous) session with teacher
   **10:30-11:10 INDEPENDENT Work Session** (asynchronous): This work session can include reteaching individual or small groups of students, English Language support, and/or working on IEP goals and objectives.
   **11:10-11:20 LIVE Closing** (synchronous) with teacher

**11:20-11:30** - LIVE Dance/Brain Break (as a class)

**11:30-12:00** - Lunch

**Science/Social Studies - Alternating Days (70 minutes)**
   **12:00-12:20 Science/Social Studies LIVE** (synchronous) session with teacher
   **12:20-1:00 INDEPENDENT Work Session** (asynchronous): This work session can include reteaching individual or small groups of students, English Language support, and/or working on IEP goals and objectives.
   **1:00-1:10 LIVE Closing** (synchronous) with teacher

**Specials Class (60 minutes) Live (synchronous) or Independent (asynchronous)**
   **1:10-2:10** Specials rotation: Art, Music, PE, Counseling, etc.

**2:10-2:30** - LIVE (synchronous) Closing Class Meeting with teacher

**ONE TEAM.ONE GOAL.STUDENT SUCCESS.**



# Cobb County School District
## Elementary School
## Remote Learning Agreement

In order to ensure success in remote courses, students must understand and comply with certain expectations, policies, and procedures.  This agreement is designed to help students and parents/guardians understand some of the unique aspects of remote learning. Choosing the Full Remote option serves as confirmation that families accept the following expectations. We have included signature boxes so that parents might print out and work through this agreement with their children, but the signed document does NOT need to be submitted to the district.

### Part I: Remote Student and Parent Expectations

Students and Parent/Guardians should read and initial each line to show that they understand and will follow each expectation.

| Student Initials | Parent/ Guardian Initials | Expectations |
|---|---|---|
| | | 1. The student and parent will follow the Course Syllabus and the student will follow the **Course Syllabus due dates** by submitting work on or before the due date. |
| | | 2. The student and parent will **create and maintain a regular work schedule**. Students should **plan to work ahead** if other school, work, or personal activities interfere with the student's ability to complete coursework as outlined on the Course Syllabus. |
| | | 3. The student has **daily access to a reliable internet connected computer with access to either the Microsoft Office Suite or Microsoft Office 365.** |
| | | 4. The student has demonstrated that s/he can **utilize the Microsoft Office Suite** (ie Word, PowerPoint, and Excel) to create documents and presentations, and save them to designated storage with parental assistance. |
| | | 5. The student has a **computer-based method** (computer folder, cloud storage, flash drive) to **organize and store coursework**. |
| | | 6. **CTLS Learn** is the primary form of communication. If a family has questions or concerns, they should proactively contact their teachers as soon as possible. Communication should be clear, respectful, and include the student's name and course.  Students should **check CTLS Learn daily** and respond to teacher contacts promptly. |
| | | 7. **Parents should assist by encouraging students** to: actively participate in the course, ask for help when needed, and complete assignments in a timely manner. **Parents should also monitor** student progress and grades. |
| | | 8. Parents have multiple ways to monitor student progress in remote courses.  A **CTLS Parent Account** is automatically created at enrollment. This account allows parents to view the course announcements, teacher contact information, and the student's grades. Teachers send **emails to the parent email account provided at registration**. These emails include individualized communication. Additionally, parents can view course information from a student's perspective through their child's **CTLS Learn** account. |

**Part II:  Remote Learning and CCSD Policies and Procedures**

Students and Parent/Guardians should read and initial each line to show that they understand each policy and/or procedure.

| Student Initials | Parent/ Guardian Initials | Policies and Procedures |
|---|---|---|
|  |  | 1.  The student is expected to **complete the remote Student Orientation.** |
|  |  | 2.  Students who **transfer** from one CCSD school to another **will remain enrolled** in their remote course(s). |
|  |  | 3.  Students taking remote courses must **abide by all policies and procedures of the Cobb County School District.** |
|  |  | 4.  Students <u>enrolled full time remote</u> **who do not work productively** in their remote courses **for ten (10) consecutive days** or more may be **withdrawn** from CCSD for lack of participation/attendance (per CCSD Board Rule JBC-R School Admissions/Withdrawal) and removed from their remote courses. |

# 3-5
# OVERVIEW
## 2020-2021 SCHOOL YEAR





# COBB COUNTY
## SCHOOL DISTRICT

# 3RD - 5TH GRADE

| | |
|---|---|
| **Instructional Day** | **8:00-2:30 (M-F)**<br>Each day will begin and end with a LIVE class meeting with the teacher |
| **ELA Instruction** | **95 Minutes**<br>25-minute LIVE session with the teacher (synchronous)<br><br>60-minute INDEPENDENT work session (asynchronous) that could include reteaching individual students, providing support, small group work, individual work time for students etc.<br><br>10-minute LIVE closing session with teacher |
| **Math Instruction** | **95 Minutes**<br>25-minute LIVE session with the teacher (synchronous)<br><br>60-minute INDEPENDENT work session (asynchronous) that could include reteaching individual students, providing support, small group work, individual work time for students etc.<br><br>10-minute LIVE closing session with teacher |
| **Science/Social Studies Instruction** | **60 minutes (Alternating Days)**<br>25-minute LIVE session with the teacher (synchronous)<br><br>25-minute INDEPENDENT work session (asynchronous) that could include reteaching individual students, providing support, small group work, individual work time for students etc.<br><br>10-minute LIVE closing session with teacher<br><br>Science/Social Studies provided on A/B days or another alternating schedule |
| **Specials** | |
| **Other** | Breaks embedded throughout the day<br>Lunch 30 minutes<br>Peer socialization and Social Emotional Learning (SEL) opportunities embedded throughout the day<br>Orientation/training provided to parents regarding basics of remote learning and the platform, CTLS Learn.<br>Accommodations will be provided according to 504 Plans/IEPs<br>Special Education services will be virtually provided based on individual needs. English Language services will be virtually provided based on individual needs.<br>Remote Learners must comply with the Student Code of Conduct.<br>Families who choose remote learning are committed to one semester. |



# 3-5 STUDENT SCHEDULE

*NOTE: The following schedules represent possible remote learning student schedules. The order of classes will vary from student to student depending on their class schedule (just as it does for students in a traditional learning environment).*

**8:00-8:30** Morning Meeting

**ELA (95 minutes)**
    **8:30-8:55 ELA LIVE** (synchronous) session with teacher
    **8:55-9:55 INDEPENDENT Work Session** (asynchronous): This work session can include reteaching individual or small groups of students, English Language support, and/or working on IEP goals and objectives.
    **9:55-10:05 LIVE Closing** (synchronous) with teacher

**BREAK 10:05-10:15**

**Math (95 minutes)**
    **10:15-10:40 Math LIVE** (synchronous) session with teacher
    **10:40-11:40 INDEPENDENT Work Session** (asynchronous): This work session can include reteaching individual or small groups of students, English Language support, and/or working on IEP goals and objectives.
    **11:40-11:50 LIVE Closing** (synchronous) with teacher

**11:50-12:20 Lunch**

**Science/Social Studies - Alternating Days (60 minutes)**
    **12:20-12:45 Science/Social Studies LIVE** (synchronous) session with teacher
    **12:45-1:10 INDEPENDENT Work Session** (asynchronous): This work session can include reteaching individual or small groups of students, English Language support, and/or working on IEP goals and objectives.
    **1:10-1:20 LIVE Closing** (synchronous) with teacher

**Specials (55 minutes) Live (synchronous) or Independent (asynchronous)**
    **1:20-2:15** Specials rotation: Art, Music, PE, Counseling, etc.

**2:15-2:30** LIVE (synchronous) Closing Class Meeting with teacher



# Cobb County School District
## Elementary School
## Remote Learning Agreement

In order to ensure success in remote courses, students must understand and comply with certain expectations, policies, and procedures.  This agreement is designed to help students and parents/guardians understand some of the unique aspects of remote learning. Choosing the Full Remote option serves as confirmation that families accept the following expectations. We have included signature boxes so that parents might print out and work through this agreement with their children, but the signed document does NOT need to be submitted to the district.

### Part I: Remote Student and Parent Expectations

Students and Parent/Guardians should read and initial each line to show that they understand and will follow each expectation.

| Student Initials | Parent/ Guardian Initials | Expectations |
|---|---|---|
| | | 1. The student and parent will follow the Course Syllabus and the student will follow the **Course Syllabus due dates** by submitting work on or before the due date. |
| | | 2. The student and parent will **create and maintain a regular work schedule**. Students should **plan to work ahead** if other school, work, or personal activities interfere with the student's ability to complete coursework as outlined on the Course Syllabus. |
| | | 3. The student has **daily access to a reliable internet connected computer with access to either the Microsoft Office Suite or Microsoft Office 365.** |
| | | 4. The student has demonstrated that s/he can **utilize the Microsoft Office Suite** (ie Word, PowerPoint, and Excel) to create documents and presentations, and save them to designated storage with parental assistance. |
| | | 5. The student has a **computer-based method** (computer folder, cloud storage, flash drive) to **organize and store coursework**. |
| | | 6. **CTLS Learn** is the primary form of communication. If a family has questions or concerns, they should proactively contact their teachers as soon as possible. Communication should be clear, respectful, and include the student's name and course.  Students should **check CTLS Learn daily** and respond to teacher contacts promptly. |
| | | 7. **Parents should assist by encouraging students** to: actively participate in the course, ask for help when needed, and complete assignments in a timely manner. **Parents should also monitor** student progress and grades. |
| | | 8. Parents have multiple ways to monitor student progress in remote courses.  A **CTLS Parent Account** is automatically created at enrollment. This account allows parents to view the course announcements, teacher contact information, and the student's grades. Teachers send **emails to the parent email account provided at registration**. These emails include individualized communication. Additionally, parents can view course information from a student's perspective through their child's **CTLS Learn** account. |

**Part II:  Remote Learning and CCSD Policies and Procedures**

Students and Parent/Guardians should read and initial each line to show that they understand each policy and/or procedure.

| Student Initials | Parent/ Guardian Initials | Policies and Procedures |
|---|---|---|
| | | 1.  The student is expected to **complete the remote Student Orientation.** |
| | | 2.  Students who **transfer** from one CCSD school to another **will remain enrolled** in their remote course(s). |
| | | 3.  Students taking remote courses must **abide by all policies and procedures of the Cobb County School District.** |
| | | 4.  Students <u>enrolled full time remote</u> **who do not work productively** in their remote courses **for ten (10) consecutive days** or more may be **withdrawn** from CCSD for lack of participation/attendance (per CCSD Board Rule JBC-R School Admissions/Withdrawal) and removed from their remote courses. |

# MIDDLE SCHOOL OVERVIEW

## 2020-2021 SCHOOL YEAR





# 6ᵀᴴ - 8ᵀᴴ GRADE

| | |
|---|---|
| **Instructional Day** | **9:00-4:00 (M-F)**<br>Each day will begin and end with a LIVE class meeting with the teacher |
| **ELA Instruction** | **50 Minutes**<br>20-minute LIVE session with the teacher (synchronous)<br><br>25-minute independent work session (asynchronous) that could include reteaching individual students, providing support, small group work, individual work time for students etc.<br><br>5-minute LIVE closing session with teacher |
| **Math Instruction** | **50 Minutes**<br>20-minute LIVE session with the teacher (synchronous)<br><br>25-minute independent work session (asynchronous) that could include reteaching individual students, providing support, small group work, individual work time for students etc.<br><br>5-minute LIVE closing session with teacher |
| **Science Instruction** | **50 Minutes**<br>20-minute LIVE session with the teacher (synchronous)<br><br>25-minute independent work session (asynchronous) that could include reteaching individual students, providing support, small group work, individual work time for students etc.<br><br>5-minute LIVE closing session with teacher |
| **Social Studies Instruction** | **50 Minutes**<br>20-minute LIVE session with the teacher (synchronous)<br><br>25-minute independent work session (asynchronous) that could include reteaching individual students, providing support, small group work, individual work time for students etc.<br><br>5-minute LIVE closing session with teacher |
| **Academic Extension Class** | **50 Minutes**<br>LIVE session with the teacher (synchronous) and could include Foreign Language, Enrichment, and/or Intervention classes (i.e. Gifted Resource, Math Connections, Study Skills, etc.). |
| **Connections** | **Two, 50-minute Connections classes will be offered**<br>(synchronous & asynchronous instruction) |
| **Other** | Breaks embedded throughout the day<br>Lunch 30 minutes<br>Peer socialization and Social Emotional Learning (SEL) opportunities embedded throughout the day<br>Orientation/training provided to parents regarding the platform, CTLS Learn, and basics of remote learning<br>Accommodations will be provided according to 504 Plans/IEPs<br>Special Education services will be virtually provided based on individual needs. English Language services will be virtually provided based on individual needs.<br>Remote Learners must comply with the Student Code of Conduct.<br>Families who choose remote learning are committed to one semester. |



# MIDDLE SCHOOL SCHEDULE

*NOTE: The following schedules represent possible remote learning student schedules. The order of classes will vary from student to student depending on their class schedule (just as it does for students in a traditional learning environment).*

**9:00-9:15** Morning Meeting with first teacher of the day

**Academic Class (50 minutes)**
**9:15-9:35 LIVE** (synchronous) session with teacher
**9:35-10:00 INDEPENDENT Work Session** (asynchronous): This work session can include reteaching individual or small groups of students, English Language support, and/or working on IEP goals and objectives.
**10:00-10:05 LIVE Closing** (synchronous) with teacher

**BREAK 10:05-10:15**

**Academic Class (50 minutes)**
**10:15-10:35 LIVE** (synchronous) session with teacher
**10:35-11:00 INDEPENDENT Work Session** (asynchronous): This work session can include reteaching individual or small groups of students, English Language support, and/or working on IEP goals and objectives.
**11:00-11:05 LIVE Closing** (synchronous) with teacher

**11:05-11:35 Lunch**

**Academic Class (50 minutes)**
**11:35-11:55 LIVE** (synchronous) session with teacher
**11:55-12:20 INDEPENDENT Work Session** (asynchronous): This work session can include reteaching individual or small groups of students, English Language support, and/or working on IEP goals and objectives.
**12:20-12:25 LIVE Closing** (synchronous) with teacher

**Academic Extension Class (50 minutes)**
**12:25-1:15 LIVE** (synchronous)  Foreign Language, Enrichment, and/or Intervention classes (i.e. Gifted Resource, Math Connections, Study Skills, etc.).

**BREAK 1:15-1:25**

**Connections (50 minutes each) Live** (synchronous) **or Independent** (asynchronous)
**1:25-2:15** Connections #1
**2:15-3:05** Connections #2

**Academic Class (50 minutes)**
**3:05-3:25 LIVE** (synchronous) session with teacher
**3:25-3:50 INDEPENDENT Work Session** (asynchronous): This work session can include reteaching individual or small groups of students, English Language support, and/or working on IEP goals and objectives.
**3:50-3:55 LIVE Closing** (synchronous) with teacher



# Cobb County School District
# Middle School
# Remote Learning Agreement

In order to ensure success in remote courses, students must understand and comply with certain expectations, policies, and procedures.  This agreement is designed to help students and parents/guardians understand some of the unique aspects of remote learning.  Choosing the Full Remote option serves as confirmation that families accept the following expectations. We have included signature boxes so that parents might print out and work through this agreement with their children, but the signed document does NOT need to be submitted to the district.

### Part I: Remote Student and Parent Expectations

Students and Parent/Guardians should read and initial each line to show that they understand and will follow each expectation.

| Student Initials | Parent/ Guardian Initials | Expectations |
|---|---|---|
| | | 1.  The student and parent will follow the Course Syllabus and the student will follow the **Course Syllabus due dates** by submitting work on or before the due date. |
| | | 2.  The student and parent will **create and maintain a regular work schedule**. Students should **plan to work ahead** if other school, work, or personal activities interfere with the student's ability to complete coursework as outlined on the Course Syllabus. |
| | | 3.  The student has **daily access to a reliable internet connected computer with access to either the Microsoft Office Suite or Microsoft Office 365.** |
| | | 4.  The student has demonstrated that s/he can **utilize the Microsoft Office Suite** (ie Word, PowerPoint, and Excel) to create documents and presentations, and save them to designated storage with parental assistance. |
| | | 5.  The student has a **computer-based method** (computer folder, cloud storage, flash drive) to **organize and store coursework**. |
| | | 6.  **CTLS Learn** is the primary form of communication. If a family has questions or concerns, they should proactively contact their teachers as soon as possible. Communication should be clear, respectful, and include the student's name and course.  Students should **check CTLS Learn daily** and respond to teacher contacts promptly. |
| | | 7.  **Parents should assist by encouraging students to**: actively participate in the course, ask for help when needed, and complete assignments in a timely manner. **Parents should also monitor** student progress and grades. |
| | | 8.  Parents have multiple ways to monitor student progress in remote courses.  A **CTLS Parent Account** is automatically created at enrollment. This account allows parents to view the course announcements, teacher contact information, and the student's grades. Teachers send **emails to the parent email account provided at registration**. These emails include individualized communication. Additionally, parents can view course information from a student's perspective through their child's **CTLS Learn** account. |

**Part II:  Remote Learning and CCSD Policies and Procedures**

Students and Parent/Guardians should read and initial each line to show that they understand each policy and/or procedure.

| Student Initials | Parent/ Guardian Initials | Policies and Procedures |
|---|---|---|
|  |  | 1.  The student is expected to **complete the remote Student Orientation.** |
|  |  | 2.  Students who **transfer** from one CCSD school to another **will remain enrolled** in their remote course(s). |
|  |  | 3.  Students taking remote courses must **abide by all policies and procedures of the Cobb County School District.** |
|  |  | 4.  Students **enrolled full time remote who do not work productively** in their remote courses **for ten (10) consecutive days** or more may be **withdrawn** from CCSD for lack of participation/attendance (per CCSD Board Rule JBC-R School Admissions/Withdrawal) and removed from their remote courses. |

# HIGH SCHOOL OVERVIEW

## 2020-2021 SCHOOL YEAR





COBB COUNTY
S C H O O L   D I S T R I C T

# 9TH - 12TH GRADE

**Instructional Day**

**8:30-3:30 (M-F)**
following the local bell schedule

**Scheduling**

Block schedule students = 4 classes/semester
Traditional schedule students = 6 classes/semester
Students will be scheduled for each course for the entire semester.

**Courses**

Remote learning classes will be taught using CCSD teachers and the CTLS Learn platform.

Remote teachers will primarily teach students from their own schools.

Courses offered through CTLS Learn will emphasize synchronous instruction blended with asynchronous work sessions.

Cobb Virtual Academy (CVA) and Georgia Virtual Schools (GAVS) classes will also be used to support CCSD remote learning. CVA and GAVS classes emphasize asynchronous instruction.

Remote courses will follow the same curriculum as face-to-face courses.

Remote courses will have the same grading policies as face-to-face courses. All graded assignments will be included in the gradebook. Grading will NOT follow the policies of last spring.

Attendance will be taken daily.

**Other**

Accommodations will be provided according to 504 Plans/IEPs

Special Education services will be virtually provided based on individual needs.
English Language services will be virtually provided based on individual needs.

Remote Learners must comply with the Student Code of Conduct.

Families who choose remote learning are committed to one semester.

Orientation/training provided to parents regarding  basics of remote learning and the platform, CTLS Learn.



# HIGH SCHOOL SCHEDULE

## SAMPLE REMOTE SCHEDULE - BLOCK SCHEDULE HIGH SCHOOLS

| TIME | PERIOD | CLASS | PLATFORM | PRIMARY INSTRUCTION TYPE |
|---|---|---|---|---|
| 8:30 | 1 | AP US History | CTLS | Synchronous with asynchronous work sessions |
| 10:00 | 2 | GSE Precalculus | CVA | Asynchronous with synchronous support |
| 11:30 | | Lunch | | |
| 12:00 | 3 | Entrepreneurship | CTLS | Synchronous with asynchronous work sessions |
| 1:30 | 4 | AP Art History | GAVS | Asynchronous with synchronous support |

## SAMPLE REMOTE SCHEDULE - TRADITIONAL SCHEDULE HIGH SCHOOLS

| TIME | PERIOD | CLASS | PLATFORM | PRIMARY INSTRUCTION TYPE |
|---|---|---|---|---|
| 8:30 | 1 | Personal Fitness | CVA | Asynchronous with synchronous support |
| 9:20 | 2 | American Literature | CTLS | Synchronous with asynchronous work sessions |
| 10:10 | 3 | Chemistry A | CTLS | Synchronous with asynchronous work sessions |
| 11:00 | 4 | Lunch | | |
| 11:50 | 5 | Japanese I A | GAVS | Asynchronous with synchronous support |
| 12:40 | 6 | US History A | CTLS | Synchronous with asynchronous work sessions |
| 1:30 | 7 | Geometry A | CTLS | Synchronous with asynchronous work sessions |

# HIGH SCHOOL FAQ

## 2020-2021 SCHOOL YEAR





# HS REMOTE LEARNING OPTION

1. **What will the school day look like?**
   Students will follow the bell schedule of the local school.

2. **How will remote classes work?**
   In most cases, teachers will utilize CTLS Learn to deliver the same curriculum as classes offered face-to-face. CTLS Learn is a single platform where teachers can post assignments and supplemental resources, where students can submit work, and where live sessions can be conducted. Students in CTLS Learn courses will log into the course each day following the bell schedule of their school. Daily instruction through CTLS may include an explanation of an assignment, live instruction (recorded for later viewing), question and answer sessions, class activities or individualized support.

3. **How will my student's remote class schedule be determined?**
   Student schedules will follow the schedule established by their school—traditional or block. Remote teachers will be selected first to teach students from their own schools. In order to provide access to some specialized courses (for ex., AP, magnet, fine arts, etc.), some remote teachers may serve students from multiple schools using the CTLS Learn platform. Cobb Virtual Academy and Georgia Virtual School classes may also be used to deliver high quality online instruction that addresses student needs. Students should plan to be engaged in their online course during their normal school day.

## SAMPLE SCHEDULES:

### SAMPLE REMOTE SCHEDULE - BLOCK SCHEDULE HIGH SCHOOLS

| TIME | PERIOD | CLASS | PLATFORM | PRIMARY INSTRUCTION TYPE |
|------|--------|-------|----------|--------------------------|
| 8:30 | 1 | AP US History | CTLS | Synchronous with asynchronous work sessions |
| 10:00 | 2 | GSE Precalculus | CVA | Asynchronous with synchronous support |
| 11:30 | | Lunch | | |
| 12:00 | 3 | AP US History | CTLS | |
| 1:30 | 4 | AP Art History | GAVS | |

### SAMPLE REMOTE SCHEDULE - TRADITIONAL SCHEDULE HIGH SCHOOLS

| TIME | PERIOD | CLASS | PLATFORM | PRIMARY INSTRUCTION TYPE |
|------|--------|-------|----------|--------------------------|
| 8:30 | 1 | Personal Fitness | CVA | Asynchronous with synchronous support |
| 9:20 | 2 | American Literature | CTLS | Synchronous with asynchronous work sessions |
| 10:10 | 3 | Chemistry A | CTLS | Synchronous with asynchronous work sessions |
| 11:00 | 4 | Lunch | | |
| 11:50 | 5 | American I A | GAVS | Asynchronous with synchronous support |
| 12:40 | 6 | US History A | CTLS | Synchronous with asynchronous work sessions |
| 1:30 | 7 | Chemistry A | CTLS | Synchronous with asynchronous work sessions |

4. **Who will teach remote classes?**
   Certified teachers will teach all classes.

5. **Are there any courses that cannot be offered remotely?**
   Yes, if there are not enough students registered for a course in the remote environment, it will not be offered. Also, we have determined some courses cannot be effectively taught in the remote environment.



6.  **If my school does not offer a course I registered for, how will I pick a new course?**
    Once the remote courses are created, counselors will contact any student for an alternative option when none of the primary and alternate course selections are available.

7.  **Will my magnet student be able to take magnet courses if I choose the Remote option?**
    Courses for students enrolled in magnet programs will be offered in the remote learning environment.

8.  **Once I make a choice, is it binding for an entire semester?**
    Parents are making a commitment for one semester.

9.  **Will my child be ready to transition back to face-to-face in January if we choose to return?**
    Yes, since our teachers will be teaching the remote courses, students will be exposed to the same curriculum and expectations of all students taking the course.

10. **How will grades be calculated?**
    Remote courses will have the same grading policies as the face-to-face version of the course. All graded assignments will be included in the gradebook. The grading and credit earned will NOT follow the policies of last spring.

11. **Will attendance be taken in remote learning classes?**
    Yes, attendance will be taken daily.

12. **Is the student code of conduct still in effect for remote students?**
    The student code of conduct is still applicable for remote learners.



Cobb County School District
High School
Remote Student Agreement

In order to ensure success in remote courses, students must understand and comply with certain expectations, policies, and procedures. This agreement is designed to help students and parents/guardians understand some of the unique aspects of remote learning. Choosing the Full Remote option serves as confirmation that families accept the following expectations. We have included signature boxes so that parents might print out and work through this agreement with their children, but the signed document does NOT need to be submitted to the district.

**Part I: Remote Student and Parent Expectations**

Students and Parent/Guardians should read and initial each line to show that they understand and will follow each expectation.

| Student Initials | Parent/ Guardian Initials | Expectations |
|---|---|---|
| | | 1. The student should expect to **work productively** in each class for 12-15 hours per week for each full unit (Y) course and 6-8 hours per week for each half unit (A or B) course during Fall and Spring terms. **Students enrolled full time remote must work productively for 40-45 hours per week**. Productive work means submitting all work on or before the due date. |
| | | 2. The student and parent will follow the Course Syllabus and the student will follow the **Course Syllabus due dates** by submitting work on or before the due date. |
| | | 3. The student will **create and maintain a regular work schedule**. Students should **plan to work ahead** if other school, work, or personal activities interfere with the student's ability to complete coursework as outlined on the Course Syllabus. |
| | | 4. The student has **daily access to a reliable internet connected computer with access to either the Microsoft Office Suite or Microsoft Office 365.** |
| | | 5. The student has demonstrated that s/he can **utilize the Microsoft Office Suite** (ie Word, PowerPoint, and Excel) to create documents and presentations, and save them to designated storage. |
| | | 6. The student has a **computer-based method** (computer folder, cloud storage, flash drive) to **organize and store coursework**. |
| | | 7. **CTLS Learn** is the primary form of communication. If the students have questions or concerns, they should proactively contact their teachers as soon as possible. Communication should be clear, respectful, and include the student's name and course. Families should **check CTLS Learn daily** and respond to teacher contacts promptly. |
| | | 8. **Parents should assist by encouraging students** to: actively participate in the course, ask for help when needed, and complete assignments in a timely manner. **Parents should also monitor** student progress and grades. |
| | | 9. Parents have multiple ways to monitor student progress in remote courses. A **CTLS Parent Account** is automatically created at registration. This account allows parents to view the course announcements, teacher contact information, and the |

| | | student's grades.  Teachers send **emails to the parent email account provided at registration**.  These emails include individualized communication. Additionally, parents can view course information from a student's perspective through their child's **CTLS Learn** account. |
|---|---|---|

**Part II:  Remote Learning and CCSD Policies and Procedures**

| Student Initials | Parent/ Guardian Initials | Policies and Procedures |
|---|---|---|
| | | 1.  Students taking a remote course(s) as part of their state funded school schedule **cannot withdraw from the course after the first 10 days of a semester** per CCSD Board Rule IHA-R. |
| | | 2.  The student is expected to **complete the remote Student Orientation.** |
| | | 3.  Students who **transfer** from one CCSD school to another **will remain enrolled** in their remote course(s). |
| | | 4.  Remote course **grades will appear on the student's transcript** and will be averaged into the Grade Point Average (GPA). |
| | | 5.  Students taking remote courses must **abide by all policies and procedures of the Cobb County School District.** |
| | | 6.  Students **enrolled full time remote who do not work productively** in their remote courses **for ten (10) consecutive days** or more may be **withdrawn** from CCSD for lack of participation/attendance (per CCSD Board Rule JBC-R School Admissions/Withdrawal) and removed from their remote courses. |

# STUDENT ACTIVITY GUIDANCE
## 2020-2021 SCHOOL YEAR





**Elementary School Student Activities**

Student Activities, including PTA/Foundation sponsored clubs/classes during ASP, will meet at local school discretion.

Remote Choice students will not be allowed to participate in these programs or activities face-to-face.

**Middle School Student Activities and Intramurals Overview**

Student Activities, including intramurals, will meet at local school discretion.

Remote choice students will not be allowed to participate in student activities face-to-face.

**High School Athletics and Student Activities Overview**

**GHSA Activities (Athletics, One Act, Literary, Dance):**

Per Georgia High School Association guidelines, high school students who are otherwise eligible will be able to participate in GHSA activities whether they are learning face-to-face or remotely while they are actively enrolled in their school.

*GHSA is an independent organization that changes its guidelines routinely. This statement will be updated in accordance with their guidelines.

**Student Activities Eligibility:**

Remote choice students will be able to participate in face-to-face co-curricular activities (activities tied to specific courses, such as band or ROTC) after school hours if they meet all other eligibility requirements, such as being enrolled in the related course.

Remote choice students will not be able to participate in face-to-face extracurricular activities (activities that are not tied to a course).

All extracurricular sponsors will be subject to symptom checks and/or temperature screening

# AFTER SCHOOL PROGRAMS GUIDANCE
## 2020-2021 SCHOOL YEAR





# AFTER SCHOOL PROGRAM (ASP) INFORMATION

**Overview:** The After School Program (ASP) provides a safe, fun, and nurturing environment for the care of elementary students attending Face-to-Face instruction from time of school dismissal until 6:00 PM each school day.

ASP is a self-supporting program and receives no support from taxpayer funds for its operation. Funds earned or donated at local schools for the ASP are to be used by local Principals to benefit schools, students and faculty and are subject to District Policy.

| OPERATIONAL | HEALTH/SAFETY GUIDELINES | FINACIAL | PTA/FOUNDATION SPONSORED EVENTS | STAFFING |
|---|---|---|---|---|
| General Information:<br>ASP is offered to every elementary school student in the District who attends Face-to-Face instruction.<br><br>ASP operates on the days school is in session from the time students are dismissed until 6:00 PM.<br><br>Each ASP program is autonomous to the local school.<br><br>The Principal and the local school ASP director are responsible for the operations of the program.<br>Attendance:<br>ASP charges the daily fee for students who are present at the time attendance is taken.<br>Student Check out:<br>Requires a parent/guardian identification and signature at time student(s) are picked-up.<br><br>Other family/friend members may check out a student if given permission by the parent in written form (contact should be listed in emergency contact list for identification purposes); identification and signature are required at the time of pick up.<br><br>ASP Director and local school principal will establish pick-up procedures for parent waiting area and student waiting area. | The ASP director and local school principal will review and recommend the health/safety guidelines in accordance with CCSD health/safety guidelines.<br><br>Snacks will be distributed based on the recommendations of the ASP Director and local school principal. | ASP Charges a $10 per student District-wide non-refundable annual registration fee. This registration fee follows the student if he/she transfers to another Cobb County School District school within the same school year.<br><br>ASP requires a prepayment of $7.00 tuition per day for students staying in the program.<br><br>ASP charges a late fee of $1.00 per minute/per student after 6:00 PM until the time the student is picked up.<br><br>Parents/guardians will be expected to pay for ASP online via [MyPaymentsPlus.com.](MyPaymentsPlus.com) | PTA/Foundation President, ASP Director, and local school principal will recommend/approve programs which will adhere to CCSD health/safety guidelines.<br><br>Remote Choice students will not be allowed to participate in these programs face-to-face. | The ASP director and local school principal will review and recommend staff guidelines based on CCSD health/safety guidelines.<br><br>The recommended student/teacher ratio is 15:1.<br><br>ASP custodial staff will follow the recommended CCSD health/safety guidelines. |



# RE-OPENING PLAN
## 2021-2022 SCHOOL YEAR

EXHIBIT
1-B

# PLAN FOR RE-OPENING

## 2021-2022 SCHOOL YEAR

### Face-To-Face

Students will learn five days a week in face-to-face classrooms with social distancing, and cleaning practices in place. Individuals will have the option to continue wearing a mask while attending school and/or school events.

Families had the opportunity March 22-April 2 to enroll their 6-12th grade students in the new digital learning options that will be available for the 2021-2022 school year. Digital learning registration for elementary families was open April 19-May 2. Families new to the District and students enrolling for the first time will be able to sign up for digital learning at the time of registration. Families who do not opt to enroll in digital learning will automatically be enrolled in face-to-face learning.

In response to the new needs of students, **parent surveys**, and built on the experience of one of the longest-standing virtual academies in the country, we have created full-time and part-time online learning options for Cobb families. Students enrolled in online learning will attend five days a week. Complete details on the online learning options are available at: **https://www.cobbk12.org/learningeverywhere**.



**COBB SCHOOLS** | 2021 - 2022 SCHOOL YEAR

# Learning Everywhere Flowchart



# School Calendar

For a complete list of events throughout the 2021-2022 school year, **click here**.

# 2021-2022 School Year Highlights

### Leadership Kickoff (Harrison High School)
  • Tuesday, July 13th

### Summer Commencement (Harrison High School)
  • Thursday, July 29th, 7:00 PM

### First Day Of School
  • Monday, August 2nd

### Labor Day Holiday (Schools Closed)
  • Monday, September 6th

### Fall Break (Student/Teacher Holiday)
  • Monday - Friday, September 27th - October 1st

### Election Day (Student Holiday/Local School Professional Learning)
  • Tuesday, November 2nd

### Thanksgiving Holidays (Student/Teacher Holiday)
  • Monday - Friday, November 22nd - 26th

### Winter Holidays
  • December 20th - 31st

### First Day Of Second Semester
  • Wednesday, January 5th

### MLK, Jr. Holiday
  • Monday, January 17th

### Winter Break (Student/Teacher Holiday)
  • Monday - Friday, February 21st - 25th

### Spring Break (Student/Teacher Holiday)
  • Monday - Friday, April 4th - 8th

### Last Day Of School
  • Wednesday, May 25th

### High School Commencements
  • Monday - Saturday, May 23rd - 28th

# Cobb County School District's Disinfecting Procedures

If a CCSD facility or classroom has reported a positive case, CCSD Maintenance will support the school's custodial staff in the disinfecting procedure. CCSD has adopted a fogging and disinfecting system that will allow students and staff to return immediately after the fogging procedure is safely completed.

All CCSD facilities were supplied with their own fogging equipment to start face-to-face learning in the 2020-2021 school year. All CCSD schools will again be supplied with their own disinfectant.

### Daily Cleaning (Administrative Office)

- Spot clean and disinfect horizontal surfaces of desks, tables, Plexiglas shields, cabinets, credenzas, etc.
- Mop, disinfect and sweep all hard surface floors in office areas.
- Wipe down and disinfect all high touchpoints: door handles, light switches, push plates, etc.

### Daily Cleaning (Student Restrooms And Staff Restrooms)

- Empty trash bins and disinfect.
- Disinfect all door handles, light switches, and partition handles.
- Clean and disinfect all sinks, urinals, toilet seats, and toilets.
- Properly sweep floors and use Kaivac machine to disinfect the entire restroom.

### Daily Cleaning (Teacher Breakrooms)

- Clean and disinfect waste receptacle touchpoints.
- Wipe clean and disinfect tables and chairs.
- Wipe clean and disinfect countertops, sinks, and drawer facings.
- Wipe clean and disinfect coffee machines and high touch areas on vending machines.
- Clean and disinfect the interior and exterior of microwaves.
- Wipe clean and disinfect exterior of refrigerator.

### Daily Cleaning (Café Area)

- Prep trash cans with liners.
- Wipe down tables and seats with disinfectant after each class departs the café.
- After lunch, remove all trash cans and place them in an area where all can be washed and disinfected.
- Run floor scrubber over entire café floor.

### Daily Cleaning (Classrooms)

- Empty trash and recycling receptacles, clean and disinfect waste receptacle touchpoints and replace liners.
- Clean and disinfect sinks and sink counter space.
- Mop, disinfect and sweep all hard surface floors.
- Vacuum all carpet areas with HEPA filtration vacuums (being sure to vacuum under desks).

### Daily Cleaning (Gym And Misc.)

- Wipe clean and disinfect all high touch points, door handles, push plates, water fountains, etc. throughout the day

# Guidelines For The Use of Masks

Individuals who would like to do so have the option to continue to wear masks while attending school and school events and riding the bus in the Cobb County School District.

# Cobb Cares:

### Supporting Social, Emotional, And Mental Health Needs For Our Students

• Using their specialized training in helping students with social, emotional issues, CCSD school counselors—both in-person and remotely—deliver classroom instruction, small group counseling, and individual interventions directed at improving student well-being.
• CCSD counselors and other trained CCSD staff members are available to support students and staff and provide guidance during times of crisis
• Whether a student is enrolled in virtual or in-person learning, CCSD Psychological Services will ensure comprehensive evaluations to help support their academic, social-emotional, and developmental needs.
• CCSD School Social Workers provide support to students and their families in need, both in-person and remotely
• CCSD School Social Workers help parents and teachers understand the social and emotional needs of their specific students.

# Health and Safety Protocols

### Transportation

• Bus routes will run as scheduled, and stops will remain the same.
• Visit **https://www.cobbk12.org/page/310/bus-route-finder** to find your bus stop and time.
• Track your bus in real-time using Here Comes the Bus! The Bus app is also available for you and can be downloaded from the Apple Store or through Google Play.
• Visit **https://www.cobbk12.org/page/19019/here-comesthe-bus** for more information about the app.
• Social distancing is encouraged at bus stops.
• Individuals have the option to continue wearing a mask while attending school or school events, riding the bus, or waiting at bus stops.
• Hand sanitizer stations will be available at the door of each bus.
• Students will continue to be assigned seating, so loading and unloading is as safe as possible and will support effective contact tracing
• Ventilation and fresh air will circulate, weather permitting.
• Buses will be disinfected after routes have been completed.

### Food And Nutrition Services (FNS)

• Conduct cleaning of cafeteria and high-touch surfaces throughout the day.
• Enhanced cleaning, sanitizing and disinfecting procedures will be implemented in addition to regular stringent cleaning measures for food safety.
• Parents will be encouraged to pay for meal accompaniments such as bottled water and snacks meals online via **MyPaymentsPlus.com**.
• Some food and nutrition details are handled on a school-by-school basis according to student need.

# Health and Safety Protocols - Continued

## School Nurses And Clinics

• Encourage staff/students/families to self-screen before work/school for fever, chills, cough, difficulty breathing, congestion, sore throat, nausea/vomiting, body aches, etc.)

• Maintain ongoing contact with Cobb and Douglas Public Health, report COVID-19 cases (confirmed or suspected) per reporting protocol, follow Cobb and Douglas Public Health guidance and protocols for sick students and personnel, assist with contact tracing, and review relevant local/state regulatory agency policies and orders for updates

• School Nurses/Clinic Substitutes will triage sick students/staff during School Clinic visit (assessment, temperature check, etc.) and follow district procedures for when students show signs of illness or injury

• Designated isolation area for individuals with COVID-19 symptoms

• Educate and inform staff and students/families to stay home, not come to school/work, and notify school officials if they have COVID-19 symptoms, are diagnosed with COVID-19, are waiting for test results, or have been exposed to someone with symptoms or a confirmed or suspected case per CDC/DPH guidance

• Staff/students return to work/school per CDC/DPH guidance after COVID-19 illness or exposure

• School Nurses/Clinic Substitutes will use standard and transmission-based precautions when providing care to students/staff

• School Nurses and other staff worked with our Cobb & Douglas Public Health partners to coordinate drive-through vaccine events for District staff.

• Educate and inform students and families on how to access the most updated testing and vaccine information, including how to get tested and vaccinated, from the Cobb & Douglass Public Health website:
**https://www.cobbanddouglaspublichealth.com/**

## More On How We Keep Students And Staff Safe

• Hand sanitizer will be provided at building entrances and throughout the building

• Teach, practice, and reinforce good hygiene measures (frequent handwashing, covering coughs and sneezes, optional use of face coverings)

• Restrict use of high traffic areas with additional safety protocols

• Students are encouraged to bring their own water bottles

• Avoid shared classroom supplies between students

• Avoid shared food/snacks

• Implement social distancing measures as possible

• Enhanced cleaning protocols have been implemented (high touch surfaces, restrooms, etc.)

• Protective partitions placed in select locations in school buildings

• Public Health Signage posted in classrooms, hallways, office spaces, and entrances.

• Provide physical guides to promote social distancing (tape on floors, signs, one-way routes in hallways, lanes in hallways)

• Individuals who would like to do so have the option to continue to wear masks at school, while riding the bus, and when attending school events.

*Cobb Schools will continue to make decisions which keep students and staff safe, healthy, and focused on teaching and learning.*