# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

L.E., by and through their parent and next friend, SARA CAVORLEY; B.B., a minor, by and through their parent and next friend, ELIZABETH BAIRD; A.Z., a minor, by and through their parent and next friend, JESSICA ZEIGLER; and C.S., a minor, by and through their parent and next friend, TARASHA SHIRLEY,

Plaintiffs,

v.

CHRIS RAGSDALE, in his official capacity as Superintendent of Cobb County School District; RANDY SCAMIHORN, in his official capacity, a member of the Cobb County Board of Education; DAVID BANKS, in his official capacity as member of the Cobb County School Board; DAVID CHASTAIN, in his official capacity as member of the Cobb County School Board; BRAD WHEELER, in his official capacity as member of the Cobb County School Board; JAHA HOWARD, in his official capacity as member of the Cobb County School Board; CHARISSE DAVIS, in her official capacity as member of the Cobb County School Board; LEROY TRE' HUTCHINS, in his official capacity as member of the Cobb County School

Civil Action No. 1:21-cv-04076-TCB

Board; and COBB COUNTY SCHOOL DISTRICT,

Defendants.

## DECLARATION OF RYAN FULLER

This Declaration is given by Ryan Fuller, who, under penalty of perjury pursuant to 28 U.S.C. § 1746, states that the following is true and correct:

1.

My name is Ryan Fuller. I am over twenty-one (21) years of age, legally competent to make this Declaration, and have personal knowledge of the statements made herein. I make this affidavit on my own personal knowledge for use in supporting Defendants in the above-styled matter and for all other purposes permitted by law.

2.

I hold a Bachelor's of Science in Applied Biology from the Georgia Institute of Technology, a Master's in Secondary Science Education from the State University of West Georgia, an Education Specialist's Degree in Education Leadership from Berry College, and a Doctorate of Education in School Improvement with a focus on Online Program Leadership from the State University of West Georgia. My Dissertation was titled "High School Principals' Perceptions toward Student Online

-2-

Learning Options: A Qualitative Study." I hold the following education credentials: Renewable Certification in Biology 6-12, Science 6-12, and Tier II Educational Leadership. I have 25 years of education experience.

3.

I am currently employed as the Director of Cobb Virtual Academy for the Cobb County School District ("CCSD"). I have served in this position for 13 years, since 2008.

4.

The Cobb County School District currently has 16,146 employees and 109,144 students enrolled in the 2021-2022 school year. Thus, approximately 125,290 individuals will be impacted by a decision to make masks mandatory in the District.

5.

To provide flexibility and meet the needs of students no matter their individual circumstances, the Cobb County School District expanded and developed several part-time and full-time virtual learning options during the 2021-2022 school year. These online learning options include full-time elementary, middle, and high options as well as part-time middle and high options. Students may also attend school in person with COVID-19 mitigation measures in place.

### Elementary School:

6.

The District currently has an Elementary Virtual Program in place for any student in grades Pre-K through five who wishes to attend school virtually rather than in-person. This is a full-time option for elementary students. The open-enrollment window for the Elementary Virtual Program closed on May 2, 2021 for the 2021-2022 school year. However, students with special circumstances or medical needs can still enroll by special request and approval. Students new to the District could also enroll in one of these options at the time of their registration until July 29, 2021, after which students with special circumstances or medical needs could still enroll by special request or approval. There are currently 728 students enrolled in the District's Elementary Virtual Program. Of those students, 85.4% are general education students, and 14.6% are students with disabilities.

### Middle School:

7.

The District currently offers three middle school virtual options for students in sixth through eighth grade who wish to attend school virtually rather than in-person.

8.

-4-

The first middle school option is Cobb Online Learning Academy (COLA). This is a full-time virtual option for middle school students. The open-enrollment window for the Elementary Virtual Program closed on April 2, 2021 for the 2021-2022 school year. However, students with special circumstances or medical needs can enroll after that deadline by special request and approval. Students new to the district could also enroll in one of these options at the time of their registration until July 29, 2021, after which students with special circumstances or medical needs could still enroll by special request or approval. There are currently 440 middle school students enrolled in COLA. Of those students, 85.2% are general education students, and 14.8% are students with disabilities.

9.

The second option for middle school students is Cobb Virtual Academy (CVA). CVA offers high school courses for credit, and academically eligible middle school students may take courses offered by the program. CVA's enrollment window ran from May 15, 2021 through August 19, 2021, but students may still enroll under special circumstances with approval.

10.

In addition, the Georgia Department of Education offers middle school options through the Georgia Virtual School (GAVS). GAVS is an online learning

program.  Middle school students may take middle school level courses in math, science, social studies, and English.  In addition, academically eligible middle school students may take high school level courses offered through the program.  Students may remain enrolled in the Cobb County School District and still take classes in GAVS.

**High School:**

11.

There are also three options for high school students wishing to attend school virtually rather than in-person.  While the District had an official open-enrollment window this year that closed on April 2, 2021 for the 2021-2022 school year, enrollment for the District's high school virtual options never truly ends since students work directly with school counselors to enroll. Students new to the district could also enroll in one of these options at the time of their registration.

12.

Cobb Online Learning Academy (COLA) also offers high school classes for students. This is a full-time program.  There are currently 451 high school students enrolled in COLA.  Of those, 86% are general education students, and 14% are students with disabilities.

13.

Cobb Virtual Academy (CVA) is an online learning program offered by the District. CVA offers over 40 high school courses for credit in Math, Science, Social Studies, English, and Health & Personal Fitness.

14.

In addition, the Georgia Department of Education offers high school options through the Georgia Virtual School (GAVS) online learning program. GAVS offers over 100 high school courses for credit in Math, Science, Social Studies, English, World Languages, Health and Personal Fitness, and CTAE. Students may remain enrolled in the Cobb County School District and still take classes in GAVS.

15.

**Small Group Options**. The District also offers virtual program options for students with disabilities who require low incidence small-group (special education) classes. None of the Plaintiffs in this lawsuit require low incidence small-group classes so this information is not set forth here.

16.

If Plaintiffs were to choose to participate in virtual programming rather than attend in-person education, they would not be segregated from their general education peers. There are almost 2,000 CCSD students participating in one or more of the District's virtual offerings. Over 84% of the students enrolled in the District's

virtual programs are non-disabled students.  Less than 16% of the students have disabilities.  Thus, any student with disabilities requiring or choosing to attend virtual programming rather than in-person programming will have the same access to educational services as their non-disabled peers.

17.

The District's virtual programming provides curriculum designed to meet national, state and District standards.  Classes are led by highly qualified teachers specifically trained in the delivery of online courses.

18.

During the current school year, teachers are not simultaneously teaching both in-person and virtual students as they were last year.  Instead, teachers have received additional training and are only instructing the students taking their virtual courses. Thus, the District's virtual programming has improved significantly over last year.

19.

Virtual students and teachers communicate in a variety of ways, including but not limited to email, phone, text, live video, etc.  Virtual students have access to a variety of academic support options.  For example, CVA Facilitators at the CVA Learning Centers (both virtual and face-to-face) are available to assist students with getting started on CVA courses, navigating the system and answering technical

questions. They assist with explaining assignment directions as needed, and most importantly provide and model strategies for online learning success. The CVA Learning Centers are open for student support over 20 hours each week.

20.

Students interact with one another in a variety of ways in virtual programs. In the Elementary Virtual Program and Cobb Online Learning Academy, programs that contain significant synchronous (real-time) components, students can interact with one another in much the same way that they would in a face-to-face classroom by interacting with one another during a group Zoom call – real-time group discussions, raising their hands, sharing their work, etc. They may also collaborate on projects and participate in online discussion boards. In Cobb Virtual Academy and Georgia Virtual School, programs that are primarily asynchronous (not real-time), students interact through required discussion boards and collaboration on projects. This interaction varies by course. Optional weekly group Zoom calls also provide additional opportunities for student interaction.

21.

In the Elementary Virtual Program (EVP) and the Cobb Online Learning Academy (COLA), students participate in a combination of live (synchronous) and independent learning experiences (asynchronous) that align to the Georgia Standards

of Excellence, the International Standards for Technology Education (ISTE), and the National Standards of Quality Online Learning. Students learn in flexible groups to meet their individual learning needs. Students are taught by a certified Cobb County School District educator who has received training for teaching and supporting students in the virtual learning environment.

22.

The Cobb Virtual Academy has been in place in the District for twenty years. It has aligned its program design, course development, and teacher support and training with the National Standards of Quality Online Learning.

23.

Students with IEPs or Section 504 plans receive the services and supports in those plans that are appropriate to a virtual environment.

So sworn this __11th__ day of October, 2021.

_____
RYAN FULLER