# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| L.E., by and through their parent and next friend, SARA CAVORLEY; B.B., a minor, by and through their parent and next friend, ELIZABETH BAIRD; A.Z., a minor, by and through their parent and next friend, JESSICA ZEIGLER; and C.S., a minor, by and through their parent and next friend, TARASHA SHIRLEY, | |
| Plaintiffs, | CIVIL ACTION FILE: |
| v. | NO. 1:21-cv-4076-TCB |
| CHRIS RAGSDALE, in his official capacity as Superintendent of Cobb County School District; RANDY SCAMIHORN, in his official capacity as a member of the Cobb County Board of Education; DAVID BANKS, in his official capacity as member of the Cobb County School Board; DAVID CHASTAIN, in his official capacity as member of the Cobb County School Board; BRAD WHEELER, in his official capacity as member of the Cobb County School Board; JAHA HOWARD, in his official capacity as member of the Cobb County School Board; CHARISSE DAVIS, in her official capacity as member of the Cobb County School Board; LEROY TRE' HUTCHINS, in his official capacity as member of the Cobb County School Board; and COBB COUNTY SCHOOL DISTRICT, | **PLAINTIFFS' NOTICE OF APPEAL** |
| Defendants. | |

1

Plaintiffs in the above-styled case, L.E., by and through their parent and next friend, Sara Cavorley, B.B., by and through their parent and next friend Elizabeth Baird, A.Z., by and through their parent and next friend, Jessica Zeigler, and C.S., by and through their parent and next friend, Tarasha Shirley, hereby appeal this Court's Order (Doc. 54), entered on October 15, 2021, denying Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, to the United States Court of Appeals for the Eleventh Circuit.

Dated: November 10, 2021.

Respectfully submitted,

**SOUTHERN POVERTY LAW CENTER**

/s/ *Michael J. Tafelski*
Michael J. Tafelski
Ga. Bar No. 507007
Eugene Choi
Ga. Bar No. 121626
Claire Sherburne
Ga. Bar No. 732244
Brock Boone (admitted *pro hac vice*)
Ala. Bar No. 2864-L11E
P.O. Box 1287
Decatur, GA 30031-1287
(334) 956-8273
michael.tafelski@splcenter.org
eugene.choi@splcenter.org
claire.sherburne@splcenter.org
brock.boone@splcenter.org

**LAW OFFICE OF ALLISON B. VROLIJK**

/s/ *Allison B. Vrolijk*
Allison B. Vrolijk
Ga. Bar No. 299360
885 Woodstock Road, Suite 430-318
Roswell, GA 30075
(770) 587-9228
allison@vrolijklaw.com

**GOODMARK LAW FIRM**

/s/ *Craig Goodmark*
Craig Goodmark
Ga. Bar No. 301428
1425 Dutch Valley Place, Suite A
Atlanta, GA 30324
(404) 719-4848
cgoodmark@gmail.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 10th day of November, 2021, filed the within and foregoing PLAINTIFFS' NOTICE OF APPEAL upon all parties of record to this matter by CM/ECF system, which will serve via e-mail notice of such filing to the following counsel registered as CM/ECF users:

Sherry H. Culves
Ralph Culpepper III
Jeffrey R. Daniel
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station / 201 17th Street, NW / Suite 1700
Atlanta, GA 30363
sherry.culves@nelsonmullins.com
ralph.culpepper@nelsonmullins.com
jeff.daniel@nelsonmullins.com

Respectfully submitted,

/s/ Michael J. Tafelski
Michael J. Tafelski
Ga. Bar No. 507007
Attorney for Plaintiffs