# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### 2211 UNITED STATES COURTHOUSE
### 75 TED TURNER DRIVE, SW
### ATLANTA, GEORGIA 30303-3361

**KEVIN P. WEIMER**  
**DISTRICT COURT EXECUTIVE**  
 AND **CLERK OF COURT**

**DOCKETING SECTION**  
404-215-1655

November 10, 2021

Clerk's Office  
U.S. Court of Appeals  
Eleventh Circuit  
56 Forsyth Street, NW  
Atlanta, Georgia    30303

      U.S.D.C. No.: 1:21-cv-4076-TCB  
      U.S.C.A. No.: 00-00000-00  
      In re:      L.E. et al v. Ragsdale et al

    Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Clerk's Judgment, Order and Docket Sheet appealed enclosed.** |
|   | This is not the first notice of appeal. Other notices were filed on: . |
|   | There is no transcript. |
| **X** | **The court reporter is Lori Burgess.** |
|   | There is sealed material as described below: . |
|   | Other: . |
| **X** | **Fees paid electronically on 11/10/21. (Receipt# AGANDC-11388421)** |
|   | Appellant has been   leave to proceed *in forma pauperis*. |
|   | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
|   | The Magistrate Judge is . |
| **X** | **The District Judge is Timothy C. Batten, Sr.** |
|   | This is a **DEATH PENALTY** appeal. |

                                                  Sincerely,

                                                Kevin P. Weimer  
                                                District Court Executive  
                                                and Clerk of Court

                                      By:  <u>P. McClam</u>  
                                                Deputy Clerk

Enclosures