IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L.E., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHRIS RAGSDALE, et al., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:21-cv-4076-TCB |

## **O R D E R**

This case comes before the Court on Defendants' motion [60] to stay proceedings and deadlines pending appeal. The Court previously denied Plaintiffs' motion [2] for temporary restraining order. Plaintiffs have appealed that denial, and the appeal is pending before the Eleventh Circuit.

Because the issue on appeal is the same issue at the center of the proceedings in this Court, and for other good cause shown, Defendants' motion [60] to stay pending appeal is granted. All proceedings and

deadlines in the case—including Defendants' December 6, 2021 deadline to file their answer—are stayed pending the outcome of Plaintiffs' appeal.

IT IS SO ORDERED this 2nd day of December, 2021.

_____
Timothy C. Batten, Sr.
Chief United States District Judge