UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L.E., B.B., A.Z., C.S.,<br>      Plaintiff(s),<br><br>vs.<br><br>CHRIS RAGSDALE, RANDY SCAMIHORN, DAVID BANKS, DAVID CHASTAIN, BRAD WHEELER, JAHA HOWARD, LEROY TRE' HUTCHINS, COBB COUNTY SCHOOL SYSTEM,<br>      Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:21-cv-04076-TCB |

## O R D E R

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

It is so ordered this 18th day of January, 2023.

_/s/ Timothy C. Batten_

TIMOTHY C. BATTEN, SR.
CHIEF UNITED STATES DISTRICT JUDGE