**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| L.E., by and through their parent and next friend, SARA CAVORLEY; *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>CHRIS RAGSDALE, in his official capacity as Superintendent of Cobb County School District; *et al.*<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:21-cv-04076-TCB |

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs L.E., B.B., A.Z., and C.S., by and through their parents and next friends, hereby appeal this Court's Order (Doc. [82]), entered on April 4, 2023, denying Plaintiffs' Amended Motion for Temporary Restraining Order and Preliminary Injunction and dropping Plaintiffs A.Z. and C.S. as parties to the case, to the United States Court of Appeals for the Eleventh Circuit.

1

Dated: May 2, 2023

Respectfully submitted,

**SOUTHERN POVERTY LAW CENTER**

*/s/ Michael J. Tafelski*
Michael J. Tafelski
Ga. Bar No. 507007
Eugene Choi
Ga. Bar No. 121626
Claire Sherburne
Ga. Bar No. 732244
Brock Boone (admitted *pro hac vice*)
Ala. Bar No. 2864-L11E
150 E. Ponce de Leon Ave.
Decatur, GA 30030
(334) 956-8273
michael.tafelski@splcenter.org
eugene.choi@splcenter.org
claire.sherburne@splcenter.org
brock.boone@splcenter.org

**LAW OFFICE OF ALLISON B. VROLIJK**

*/s/ Allison B. Vrolijk*
Allison B. Vrolijk
Ga. Bar No. 299360
885 Woodstock Road, Suite 430-318
Roswell, GA 30075
(770) 587-9228
allison@vrolijklaw.com

**GOODMARK LAW FIRM**

*/s/ Craig Goodmark*
Craig Goodmark
Ga. Bar No. 301428
1425 Dutch Valley Place, Suite A
Atlanta, GA 30324
(404) 719-4848
cgoodmark@gmail.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2023, I electronically filed the foregoing

Plaintiffs' Notice of Appeal using the CM/ECF system which will automatically

send email notification of such filing to the following attorneys of record:

Brandon O. Moulard
Sherry H. Culves
Jeffrey R. Daniel
Parker, Poe, Adams & Bernstein, LLP
1075 Peachtree St., NE
Suite 1500
Atlanta, GA 30309
(678) 690-5750
brandonmoulard@parkerpoe.com
sherry.culves@parkerpoe.com
jeff.daniel@parkerpoe.com

Respectfully submitted,

/s/ *Michael J. Tafelski*
Michael J. Tafelski
Ga. Bar No. 507007
Attorney for Plaintiffs
Southern Poverty Law Center
150 E. Ponce de Leon Ave.
Decatur, GA 30030
(334) 956-8273
michael.tafelski@splcenter.org